AO 451 (Rev. 12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

DISTRICT OF ___New Jersey___

**FILED**
JUN 0 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___CP___ DEPUTY

CITICORP VENDOR FINANCE, INC.

V.

PIXEL IMAGING INTERNATIONAL, INC.
BEHNAZ VAHDAT, DAWOOD PARIVIZI

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

**'08 MC 0286**

Case Number:   06CV3720 (NLH)

I, ___WILLIAM T. WALSH___ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action ___04/09/2008___, as it appears in the records of this court, and that

\*   " no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

___MAY 16, 2008___
Date

___WILLIAM T. WALSH___
Clerk

(By) Deputy Clerk

---

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CITICORP VENDOR            :   Civ. Action No. 06-3720(NLH)
FINANCE, INC.,             :
                           :
        Plaintiff,         :
                           :
    v.                     :   JUDGMENT
                           :
PIXEL IMAGING INTERNATIONAL,:
INC., BEHNAZ VAHDAT,       :
a.k.a. VAHDAT BEHNAZ, and  :
DAWOOD PARVIZI,            :
        Defendants.        :


For the reasons expressed in the Court's Opinion filed even date,

**IT IS HEREBY** on this 9th day of April, 2008

**ORDERED** that judgment shall be entered in favor of Plaintiff in the amount of $554,501.33.


At Camden, New Jersey          s/ Noel L. Hillman
                               NOEL L. HILLMAN, U.S.D.J.

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CITICORP VENDOR FINANCE, INC., | : | Civ. Action No. 06-3720(NLH) |
| Plaintiff, | : | |
| v. | : | JUDGMENT |
| PIXEL IMAGING INTERNATIONAL, INC., BEHNAZ VAHDAT, a.k.a. VAHDAT BEHNAZ, and DAWOOD PARVIZI, | : | |
| Defendants. | : | |

For the reasons expressed in the Court's Opinion filed even date,

**IT IS HEREBY** on this 9th day of April, 2008

**ORDERED** that judgment shall be entered in favor of Plaintiff in the amount of $554,501.33.

At Camden, New Jersey

         s/ Noel L. Hillman
         NOEL L. HILLMAN, U.S.D.J.

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By_____
      Deputy Clerk

```
        UNITED STATES
        DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

      #  151481      - SR

        June 03, 2008
          10:02:08


          Misc. Case
USAO #.: 06CV3720 CIV. FIL.
Amount.:                    $39.00 CK
Check#.: BC#54117



Total-> $39.00



FROM: CITICORP VENDOR V. PIXEL
      MISC. CASE
```

08mc286