

# CAPEHART SCATCHARD
ATTORNEYS AT LAW

William G. Wright
856.914.2045
wwright@capehart.com



FILED
JUL - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KAS  DEPUTY

June 25, 2008

Clerk, United States District Court
Southern District of California
Suite 4290
880 Front Street
San Diego, CA  92101-8900

Re:   Citicorp Vendor Finance, Inc. v. Pixel Imaging International, Inc., et al.
      No. 3:08-mc-00286
      Our File No. 3629-08853

Dear Sir or Madam:

    This firm represents the plaintiff in the above-captioned case that was filed in the United States District Court for the District of New Jersey. At my request, the Judgment was registered in the Southern District of California on June 2, 2008. It has come to my attention that the name of one of the defendants, Dawood Parvizi, was indexed incorrectly in the Southern District of California as Parivizi. Would you kindly correct the docket to reflect the correct spelling as **Parvizi**.

    The error arose when the New Jersey Clerk's office incorrectly spelled Mr. Parvizi's name in the case caption of the Certification of Judgment that it issued on May 16, 2008 and was filed in your district on June 2, 2008. Attached to the Certification of Judgment is a certified copy of the Judgment entered in the District of New Jersey on April 9, 2008, that bears the correct case caption. You will note that Mr. Parvizi's name is spelled correctly on the certified copy of the Judgment, and I would ask that you correct the docket accordingly. In the interim, I will ask the New Jersey District Court to issue an Amended Certification of Judgment to clear up the record. Should you have any questions or comments, please do not hesitate to contact me. Thank you.

Very truly yours,

CAPEHART & SCATCHARD, P.A.

William G. Wright

WGW/jal
1013969