AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

DISTRICT OF    New Jersey

**FILED**
JUL 1 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

|  |  |
|---|---|
| Citicorp Vendor Finance, INC.<br><br>V.<br><br>Pixel Imaging International, Inc.<br>Behnaz Vahdat a.k.a. Vahdat Behnaz and<br>Dawood Parvizi | CERTIFICATION OF JUDGMENT<br>FOR REGISTRATION IN<br>ANOTHER DISTRICT<br><br>08mc 0286<br><br>Case Number:   06CV3720(NLH) |

I, _____WILLIAM T. WALSH_____ Clerk of the United States district court certify that the

attached judgment is a true and correct copy of the original judgment entered in this action ___4/09/2008___ , as it
                                                                                                    Date

appears in the records of this court, and that

\* " no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal

Rules of Appellate Procedure has been filed."

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

___5/16/08___                                        ___WILLIAM T. WALSH___
Date                                                   Clerk

                                                    _[signature]_
                                                    (By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)



# CAPEHART SCATCHARD
ATTORNEYS AT LAW

William G. Wright
856.914.2045
wwright@capehart.com

July 9, 2008

Clerk, United States District Court
Southern District of California
Suite 4290
880 Front Street
San Diego, CA 92101-8900

Re: Citicorp Vendor Finance, Inc. v. Pixel Imaging International, Inc., et al.
No. 3:08-mc-00286
Our File No. 3629-08853

Dear Sir or Madam:

This firm represents the plaintiff in the above-captioned case that was filed in the United States District Court for the District of New Jersey. In my letter dated June 25, 2008, I advised that the name of one of the defendants, Dawood Parvizi, was indexed incorrectly in the Southern District of California as Parivizi as a result of a clerical error on the Certification of Judgment supplied by the New Jersey Clerk. At my request, the New Jersey District Court issued an Amended Certification of Judgment to clear up the record, and I enclose the original and copy. Kindly file the original and return a conformed copy to me in the self-addressed, stamped envelope provided. Thank you.

Very truly yours,

CAPEHART & SCATCHARD, P.A.

William G. Wright

WGW/jal
Enclosure
1020286